## Commonwealth *v.* Bey, Appellant.

Argued June 15, 1973. *Marshall E. Kresman,* with him *Lewis A. Walder,* for appellant; *Louis A. Perez, Jr.,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Carter, Appellant.

Submitted June 12, 1973. *Robert L. Katzenstein,* and *Weinstein, Goss & Katzenstein,* for appellant. *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Reversed and remanded to the court below with direction to vacate the judgment of sentence of March 20, 1973 and reinstate the judgment of sentence of January 9, 1973. *Commonwealth v. Silverman,* 442 Pa. 211, 275 A. 2d 308 (1971).